IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02300-LTB-BNB

JANA SLOAN,

Plaintiff,

v.

RAYMOND DOUGLAS ROWLEY, M.D.,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Scheduling Order with Respect to Expect Disclosure, Discovery and Dispositive Motion Deadline** [docket no. 21, filed September 24, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 15, 2008**;
    The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 15, 2008**;
    The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 15, 2008**;

Discovery Cut-Off: **January 14, 2009**;
Dispositive Motion Deadline: **February 14, 2009**.

IT IS FURTHER ORDERED that the Pretrial Conference set for March 23, 2009, is **vacated and reset to April 27, 2009, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 20, 2009**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  September 29, 2008