IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02300-PAB-BNB

JANA SLOAN,

Plaintiff,

v.

RAYMOND DOUGLAS ROWLEY, M.D.,

Defendant.

---

## ORDER

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 26, 2008**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 12, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge